Case 05-73994    Doc 34    Filed 09/30/08    Entered 09/30/08 10:09:29    Desc Main
Document      Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DANIEL A. LIGNELL & CHERYL L. LIGNELL  
7819 VENUS STREET  
LOVES PARK, IL  61111  

SSN-xxx-xx-2245 & xxx-xx-3016

Case Number: 05-73994

Case filed on: 8/8/2005  
Plan Confirmed on: 11/18/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $48,050.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS INC | 0.00 | 0.00 | 27,136.37 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 27,136.37 | 0.00 |
| 000 | ATTORNEY DONALD P SULLIVAN | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 004 | SHAPIRO & KREISMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DANIEL A. LIGNELL | 0.00 | 0.00 | 361.78 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 361.78 | 0.00 |
| 001 | FIVE & DRIVE AUTO SALES INC | 2,880.00 | 0.00 | 0.00 | 0.00 |
| 003 | COUNTRYWIDE HOME LOANS INC | 10,152.69 | 10,152.69 | 10,152.69 | 0.00 |
|  | Total Secured | 13,032.69 | 10,152.69 | 10,152.69 | 0.00 |
| 005 | AARGON COLLECTION AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ACCOUNTS RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ASSOCIATED BUSINESS SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | COLUMBUS B & T PRIVATE LAB | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDITORS PROTECTION SERVICE, INC | 2,630.34 | 2,630.34 | 2,630.34 | 78.18 |
| 010 | ER SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | HSBC NV | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | IC SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | INTERNATIONAL CHECK SERV. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | LVNV FUNDING LLC | 864.33 | 864.33 | 864.33 | 27.76 |
| 015 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | R & B RECEIVABLES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROCKFORD MERCANTILE AGENCY INC | 892.98 | 892.98 | 892.98 | 16.19 |
| 018 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | WEXLER & WEXLER | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | FULBRIGHT & ASSOCIATES PC | 317.00 | 317.00 | 317.00 | 9.43 |
| 021 | SWEDISH AMERICAN HOSPITAL | 305.74 | 305.74 | 305.74 | 30.78 |
| 022 | SWEDISH AMERICAN ER PHYSICIANS | 46.02 | 46.02 | 46.02 | 4.63 |
|  | Total Unsecured | 5,056.41 | 5,056.41 | 5,056.41 | 166.97 |
|  | Grand Total: | 20,289.10 | 17,409.10 | 44,907.25 | 166.97 |

Total Paid Claimant:       $45,074.22  
Trustee Allowance:          $2,975.78  
Percent Paid Unsecured:         100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008        By  /s/Heather M. Fagan